1436

## MOTION DOCKET

**99–1633. Columbia Gas of Ohio, Inc. v. Tracy.**
Board of Tax Appeals, Nos. 97–K–545, 97–K–546 and 97–K–547. This cause is pending before the court as an appeal from the Board of Tax Appeals. On May 2, 2000, this court granted appellant's motion to continue oral argument scheduled for May 9, 2000, due to a pending settlement. Whereas the appellant has neither filed an application for dismissal of this case nor requested that the case proceed before this court,

IT IS ORDERED by the court, *sua sponte,* that appellant show cause within ten days of the date of this entry why this court should not proceed with oral argument pursuant to S.Ct.Prac.R. IX(1)(B).

**00–1519. State v. Jones.**
Cuyahoga App. No. 76222. This cause is pending before the court as a claimed appeal of right. Upon consideration of appellee's motion for appeal bond,

IT IS ORDERED by the court that the motion for appeal bond be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**00–1640. State ex rel. Ohio Heritage Dev. Co. v. Portage Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of respondents' motion to strike relator's merit brief,

IT IS ORDERED by the court that the motion to strike relator's merit brief be, and hereby is, granted, and that relator's brief be stricken for failure to comply with S.Ct.Prac.R. XIV(2)(A).

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed under S.Ct.Prac.R. X(12) for want of prosecution.

F.E. SWEENEY and COOK, JJ., not participating.